**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., et al. | ) | Case No. 08-13031 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 10-55478 (MFW) |
| | ) | |
| HENRY PRODUCTION, INC., D/B/A | ) | |
| PUMPS AND SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

**AND NOW,** this **6th** day of **JANUARY, 2012,** upon consideration of the Motion for leave to amend filed by the Trustee and the response thereto and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that the Motion for leave to amend is **GRANTED**; and it is further

    **ORDERED** that the Trustee shall have 14 days to file an amended complaint.

                                                  BY THE COURT:

                                                  Mary F. Walrath
                                                  United States Bankruptcy Judge

cc:, Paula C. Witherow, Esquire[1]

---

[1] Counsel is to serve a copy of this Memorandum Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Paula C. Witherow, Esquire
Robert W. Pedigo, Esquire
COOCH AND TAYLOR, P.A.
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19801
Attorneys for Jeoffrey L. Burtch, Trustee

Bruce W. McCullough, Esquire
BODELL, BOVE, GRACE & VAN HORN, P.C.
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0297
Attorneys for Defendant